UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 11-1182-JST (MLGx)                           Date:  October 13, 2011
Title:  K-Beech, Inc. v. John Does 1-10

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|  Ellen Matheson  |         N/A         |
|------------------|---------------------|
| Deputy Clerk     | Court Reporter      |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S EXPEDITED MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS (Doc. 11)**

Before the Court is Plaintiff's Expedited Motion for Leave to Serve Third-Party Subpoenas Prior to a Rule 26(f) Conference (Doc. 11), which seeks the same relief as Plaintiff's ex parte application to serve third-party subpoenas filed on August 30, 2011 (Doc. 8). On August 31, 2011, the Court denied Plaintiff's ex parte application without prejudice for failure to identify the particular ISPs on which Plaintiff sought to serve third-party subpoenas and the specific IP addresses for which it sought information. (Doc. 10.)  The Court further ordered that any subsequent application to serve third-party subpoenas must:  (i) identify by name each ISP Plaintiff seeks to serve and each IP address for which Plaintiff seeks information; and (ii) provide a revised proposed order setting forth the above-enumerated information and attaching copies of the Rule 45 subpoenas Plaintiff proposes to serve on each ISP.  (*Id*.)

Plaintiff's Motion does not comply with the requirements set forth in the Court's Order.  Accordingly, Plaintiff's Motion is DENIED without prejudice to the filing of a motion or ex parte application that fully complies with the Court's August 31, 2011 Order.

Initials of Preparer:  enm